# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| NIDAL SABA, | : | Case No. 3:12-cv-305 |
| Plaintiff, | : | |
| -vs- | : | Magistrate Judge Michael R. Merz |
| US ARMY INTELLIGENCE AND SECURITY COMMAND, FT MEADE, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER TO PRO SE PLAINTIFF UPON FILING OF MOTION TO DISMISS OR MOTION FOR SUMMARY JUDGMENT

You are hereby notified that Defendants filed with the Court on April 30, 2013, a motion to dismiss in this case [Doc # 15]. You should receive a copy of the motion directly from Defendants.

Under the rules of this Court (S.D. Ohio L.R. 7.2) you are allowed twenty-one days from the date of service (April 30, 2013) within which to file a response to this motion, plus an extra three days because of the way the motion was sent to you. Your response must be filed with the Court not later than May 24, 2013.

April 30, 2013.                    s/*Michael R. Merz*

                                 United States Magistrate Judge