AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| NIDAL SABA<br>*Plaintiff*<br>v.<br>U.S. ARMY INTELLIGENCE<br>AND SECURITY COMMAND, ET AL.,<br>*Defendant* | )<br>)<br>)  Civil Action No.  3:12-cv-305<br>)  Magistrate Judge Michael R. Merz<br>)<br>) |

AMENDED **JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Any claims made in the Complaint (1) for review of revocation or failure to grant Plaintiff a security clearance, (2) for damages from before April 1, 2009, or (3) for damages against the United States for libel, slander, misrepresentation, deceit, or interference with contract rights are DISMISSED WITH PREJUDICE. Judgment is entered by the Clerk to that effect, but said judgment shall be without prejudice to any claims Mr. Saba may have against Interviewer 2-72777 or Investigator 2-A5718 in their individual capacities under Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics, 403 U.S. 388 (1971), or against the appropriate party for correction of his records under the Privacy Act, 5 U.S.C. § 522a.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Michael R. Merz  on a motion for Dismissal filed by the Defendant's.

Date:  01/10/2014

JOHN P. HEHMAN
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
Western     DIVISION

NIDAL SABA

*Plaintiff*

vs

U.S. ARMY INTELLIGENCE
AND SECURITY COMMAND, ET AL.,
*Defendant*

Case Number: 3:12-cv-305

NOTICE OF DISPOSAL PER SOUTHERN DISTRICT OF OHIO LOCAL RULES
79.2(a)&(b)

The above captioned matter has been terminated on _____01/10/2014_____.

If applicable to this case, the disposal date will be six (6) months from the above termination date.

Rule 79.2(a) Withdrawal by Counsel:

All depositions, exhibits or other materials filed in an action or offered in evidence shall not be considered part of the pleadings in the action, and unless otherwise ordered by the Court, shall be withdrawn by counsel without further Order within six (6) months after final termination of the action.

Rule 79.2 (b) Disposal by the Clerk

All depositions, exhibits or other materials not withdrawn by counsel shall be disposed of by the Clerk as waste at the expiration of the withdrawal period.

JOHN P. HEHMAN, CLERK

By: __s/TEMPANN THOMAS__
      Deputy Clerk